UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMIL A. KAREEM,<br>    Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br>    Defendant. | CIVIL ACTION<br><br>CASE NO.: 1:08-cv-1916-ODE-CCH |

**OFFER OF JUDGMENT**

TO:    PLAINTIFF ABOVE-NAMED:

Pursuant to Rule 68, Fed. R. Civ. P., Defendant, NCO Financial Systems, Inc. ("NCO"), hereby offers to allow judgment to be taken against it in favor of Plaintiff, Jamil A. Kareem, as follows:

1)     The party making the Offer of Judgment is NCO;

2)     The Offer of Judgment is being made to Plaintiff, Jamil A. Kareem;

3)     Judgment shall be entered against NCO for statutory and actual damages in the amount of Two Thousand Dollars and No/100 ($2,000) for NCO's alleged violations of the Fair Debt Collection Practices Act ("FDCPA") and any other violations Plaintiff alleged in this lawsuit against NCO;

4)     The Judgment entered shall also include an amount for reasonable costs and attorney's fees accrued through the date of this Offer of Judgment with respect to the claims against NCO. Reasonable costs and attorney's fees are to be agreed upon by the parties, or, if the parties are unable to agree, to be determined by the Court on application by Plaintiff's counsel subject to the limitation that attorney's fees and costs are cut off as of the date of this Offer of Judgment, June 23, 2008;

5)     The Judgment entered in accordance with this Offer of Judgment is to be in total settlement of any and all claims by Plaintiff against NCO, and said

        judgment shall have no effect whatsoever except in settlement of those claims;

6)     This Offer of Judgment is made solely for the purposes specified in Rule 68, and is not to be construed either as an admission that NCO is liable in this action, or that Plaintiff has suffered any damages; and

7)     In accordance with Rule 68, if Plaintiff does not accept this Offer of Judgment within 10 days after service of the Offer, then the Offer shall be deemed withdrawn and evidence of this Offer will be inadmissible except in any proceeding to recover costs. If Plaintiff does not accept this Offer of Judgment, and the judgment finally obtained by Plaintiff is not more favorable than this Offer, then the Plaintiff must pay his costs incurred after this offer, as well as NCO's costs, as allowed by the law of this District.

ACCEPTED: _____
             Jamil A. Kareem

DATE:     _____

                                      Respectfully submitted,

                                      Howard Lessinger
                                      Georgia Bar # 447088
                                      McLain & Merritt P.C.
                                      3445 Peachtree Road, N.E., Suite 500
                                      Atlanta, GA 30326
                                      PH:   (404) 365-4514
                                      FX:   (404) 364-3138
                                      hlessinger@mclain-merritt.com

                                      Attorney for Defendant,
                                      NCO Financial Systems, Inc.

## CERTIFICATE OF SERVICE

I certify that on this 23rd day of June, 2008, a copy of the foregoing Offer of Judgment was served by facsimile and United States Mail upon the following:

Lisa D. Wright
Law Office of Lisa D. Wright, LLC
235 Peachtree Street, North Tower, Ste. 888
Atlanta, GA  30303

_____
Attorney