IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMIL A. KAREEM,<br>    Plaintiff<br><br>vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br>    Defendant | )<br>)<br>) CIVIL ACTION<br>) FILE NO.<br>)<br>) 1:08-CV-1916-ODE-CCH<br>)<br>) |

## PLAINTIFF JAMIL A. KAREEM'S NOTICE OF ACCEPTANCE OF DEFENDANT NCO FINANCIAL SYSTEMS, INC.'S OFFER OF JUDGMENT

To:   NCO FINANCIAL SYSTEMS, INC.
       c/o Mr. Howard Lessinger, Esquire
       McLain & Merritt P.C.
       3445 Peachtree Road, N.E., Suite 500
       Atlanta, Georgia 30326

You are hereby notified that the Plaintiff, Jamil A. Kareem, by counsel, accepts the Offer of Judgment served upon the Plaintiff by Defendant NCO Financial Systems, Inc.

Accordingly, Plaintiff Jamil A. Kareem accepts and agrees to stipulate to the entry of Judgment in their favor and against NCO Financial Systems, Inc. in the sum of TWO THOUSAND AND 00/100 DOLLARS ($2,000.00) plus attorney's fees and costs as agreed upon by the parties or as determined by the Court for NCO Financial Systems, Inc.'s violations of the Fair Debt Collection Practices Act, 15

U.S.C. §§ 1692c(b), 1692d, 1692e, 1692e(2)(A), and 1692e(10).

Plaintiff does not agree to any other terms or conditions express or implied other than as required and provided by Federal Rule of Civil Procedure 68. Accordingly, Plaintiff does not stipulate or agree to any limitation of the meaning, use, import or purpose of NCO Financial Systems, Inc.'s Offer of Judgment.

Dated: July 7, 2008.

                Respectfully submitted,

                LAW OFFICE OF LISA D. WRIGHT, LLC

                By:   s/Lisa D. Wright
                      Lisa D. Wright
                      Attorney for Plaintiff
                      Georgia State Bar No. 268781

235 Peachtree Street, NE Suite 888
Atlanta, Georgia 30303
404-588-1181
404-588-1182 (Fax)
attorneywright@prodigy.net

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMIL A. KAREEM,<br>    Plaintiff | )<br>)<br>) CIVIL ACTION<br>) FILE NO.<br>)<br>) 1:08-CV-1916-ODE-CCH<br>)<br>) |
| vs. | |
| NCO FINANCIAL SYSTEMS, INC.,<br>    Defendant | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed Plaintiff Jamil A. Kareem's Notice of Acceptance of Defendant NCO Financial Systems, Inc.'s Offer of Judgment, with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

Mr. Howard Lessinger

Dated: July 7, 2008.

Respectfully submitted,

LAW OFFICE OF LISA D. WRIGHT, LLC

By:   s/Lisa D. Wright
      Lisa D. Wright
      Attorney for Plaintiff
      Georgia State Bar No. 268781

Page 3

235 Peachtree Street, NE, Suite 888
Atlanta, Georgia 30303
404-588-1181
404-588-1182 (Fax)
attorneywright@prodigy.net