UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMIL A. KAREEM,<br>　　　　　Plaintiff,<br><br>vs.<br><br>NCO FINANCIAL SYSTEMS, INC.<br>　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:08-cv-1916-ODE |

## J U D G M E N T

Defendant having presented plaintiff with an offer of judgment to allow judgment to be taken against them, in which the plaintiff has accepted on July 7, 2008, in accordance with Rule 68 of the Federal Rules of Civil Procedure,

JUDGMENT IS HEREBY ENTERED in favor of the plaintiff JAMIL A. KAREEM, against the defendant NCO FINANCIAL SYSTEMS, INC., for the sum of $2,000.00 plus reasonable attorney's fees and costs.

Dated at Atlanta, Georgia, this 7th day of July, 2008

　　　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　By:　s/Emily Bulat
　　　　　　　　　　　　　　　　　　　Emily Bulat, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 7, 2008
James N. Hatten
Clerk of Court

By:　s/Emily Bulat
　　　　Deputy Clerk